Harris N. Cogan
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
T: (212) 885-5000
F: (212) 885-5001

*Counsel for Defendant Iconix Brand Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA SEPARZADEH,<br><br>*Plaintiff,*<br><br>v.<br><br>ICONIX BRAND GROUP, INC.; ROC APPAREL GROUP LLC; MARRIED TO THE MOB, INC.<br><br>*Defendants.* | Case No. 1:15-cv-08643-AT<br><br>ECF Case<br><br>**DEFENDANT ICONIX BRAND GROUP, INC. RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Iconix Brand Group, Inc. ("Iconix"), by its undersigned counsel, hereby provides the following Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

(1) Iconix has no parent company.

(2) No publicly held corporation owns 10% or more of Iconix.

                                                Respectfully submitted,

                                                **BLANK ROME LLP**

Date: January 11, 2016                    /s/ *Harris N. Cogan*
                                                Harris N. Cogan
                                                HNCogan@blankrome.com
                                                BLANK ROME LLP
                                                The Chrysler Building
                                                405 Lexington Avenue

New York, NY 10174-0208
T: (212) 885-5000
F: (212) 885-5001

Of Counsel:
Louis Brucculeri (*pro hac vice* application pending)
LBrucculeri@blankrome.com
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, Texas 77002
T: (713) 228-6601
F: (713) 228-6605

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2016, a copy of ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT ICONIX BRAND GROUP, INC. has been electronically filed and served on all counsel of record.

    */s/ Harris N. Cogan*

Harris N. Cogan, Esquire