# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SEPARZADEH, <br><br> Plaintiff, <br> v. <br> ICONIX BRAND GROUP, INC., ROC APPAREL GROUP LLC, and MARRIED TO THE MOB, INC., <br><br> Defendants. | Case No. 1:15-CV-08643-AT <br><br> ECF Case <br><br> DEFENDANT ROC APPAREL GROUP LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Defendant Roc Apparel Group LLC ("Roc Apparel"), by its undersigned counsel, hereby provides the following Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

(1) Roc Apparel has no parent company.

(2) No publicly held corporation owns 10% or more of Roc Apparel.

Respectfully submitted,

February 3, 2016

ROC APPAREL GROUP LLC
BY ITS ATTORNEYS
CUMMINGS & LOCKWOOD LLC

/s/ John F. Carberry
John F. Carberry
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Tel: (203) 351-4280
Fax: (203) 708-3933
Email: jcarberry@cl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2016, a copy of DEFENDANT ROC APPAREL GROUP LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT has been electronically filed and served on all counsel

                                        /s/ John F. Carberry
                                        John F. Carberry

3217824_1.docx 2/3/2016