IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SEPARZADEH,<br><br>   *Plaintiff,*<br><br>   v.<br><br>ICONIX BRAND GROUP, INC.;<br>ROC APPAREL GROUP, LLC;<br>MARRIED TO THE MOB, INC.,<br><br>   *Defendants*. | Case No. 15-cv-8643(AT)<br><br>Hon. Analisa Torres<br><br>ECF Case<br>Electronically Filed |

### NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 15(a)(2), and upon the accompanying Memorandum of Law in Support and Declaration of Nathaniel Kleinman, Plaintiff Joshua Separzadeh, by and through undersigned counsel, hereby moves this Court before Honorable Analisa Torres, U.S.D.J., for leave to amend his Complaint in this action and permission to file the [Proposed] First Amended Complaint included herewith.

Dated: May 11, 2016
      New York, New York

                                                     Respectfully submitted,

                                      By: _____
                                              Nate A. Kleinman
                                              Kevin P. McCulloch
                                              155 East 56th Street
                                              New York, New York 10022
                                              Tel: (212) 355-6050
                                              Fax: (646) 308-1178

                                              *Attorneys for Plaintiff*